**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.A.S.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ST. MICHAEL'S MEDICAL CENTER, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 20-2998 (SDW) (LDW)<br><br>**ORDER**<br><br>September 4, 2020 |

**WIGENTON**, District Judge.

　　Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation (D.E. 18 ("R&R")), dated August 20, 2020, which recommends that *pro se* Plaintiff D.A.S.'s ("Plaintiff") Motion to Rescind Stipulation of Dismissal (D.E. 16) be denied. Plaintiff filed objections to the R&R on September 1, 2020.  (D.E. 19.)  This Court has reviewed the reasons set forth by Judge Wettre in the R&R, Plaintiff's submission, and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

　　**ORDERED** that the R&R of Judge Wettre is **ADOPTED** as the conclusions of law of this Court.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan D. Wigenton　　　　
　　　　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**

Orig:　Clerk
cc:　　Parties
　　　　Leda D. Wettre, U.S.M.J.